Francisco Carrillo-Hinojosa
(True Name: Diego Nava-Farias)
Reg. No. 21703-050
Taft Correctional Institution
P.O. Box 7001
Taft, California 93268

In Pro Se

RECEIVED
DEC 20 2010
AT 8:30_____M
WILLIAM T. WALSH, CLERK

*Application is Denied, without prejudice. The moving party must present evidence of his true name, e.g. birth certificate*

SO ORDERED: [signature] 1/25/11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

FRANCISCO CARRILLO-HINOJOSA, )
(True Name: DIEGO NAVA-FARIAS), )  Criminal Case No:
                                )  298-CR-345-02
         Defendant,             )  (Hon. Alfred M. Wolin,
                                )   preceding.)
v.                              )
                                )  MOTION TO CORRECT CLERICAL ERROR
                                )  UNDER CRIMINAL RULE 36; AND
UNITED STATES OF AMERICA,       )  MOTION TO COMPEL TAFT CORRECTIONAL
                                )  INSTITUTION TO USE DEFENDANT'S
         Plaintiff.             )  TRUE LEGAL AND BIRTH NAME DIEGO
                                )  NAVA-FARIAS, AS REFLECTED IN THE
                                )  JUDGEMENT.
_____)

Comes Now Francisco Carrillo-Hinojosa, true name Diego Nava-Farias ("Defendant"), in pro se, and respectfully files the instant motion to correct clerical error under Criminal Rule 36; and a motion to compel Taft Correctional Institution to use Defendant's true name Diego Nava-Farias, as reflected in the Judgement entered in this case on December 1, 1998. In support thereof, he respectfully states:

Federal Rule of Criminal Procedure 36 provides:

> After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgement, order, or other part of the record, or correct an error in the record arising from oversight or omission.

Fed. R. Crim. P. 36.